AO 91 (Rev. 11/11) Criminal Complaint

# United States District Court
for the
District of Delaware

United States of America
v.
Gregory Wierzbicki
*Defendant(s)*

Case No. 26-539M

FILED
OCT 14 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 14, 2026 in the county of New Castle in the District of Delaware, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by Person Prohibited |

This criminal complaint is based on these facts:

**See Attached Affidavit of Probable Cause.**

☒ Continued on the attached sheet.

*/s/SA Brian Shulman*
*Applicant's signature*
SA Brian Shulman, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: 10/14/2026

Christopher J. Burke
*Judge's signature*

City, state: Wilmington, DE

Honorable Christopher J. Burke, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Brian Shulman, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a Criminal Complaint for **Gregory Wierzbicki** ("**WIERZBICKI**") charging him with violations of **18 U.S.C. § 922(g)(1) — Possession of a Firearm by Person Prohibited** (the "**TARGET OFFENSE**").

2. Your affiant learned that **WIERZBICKI** used online social media accounts to express violent, anti-federal law enforcement and anti-government views. Specifically, **WIERZBICKI** (1) threatened to kill or assault Supreme Court Justices and DHS-ICE police officers; (2) called for and encouraged violence against federal officials; (3) solicited and attempted to organize an armed "militia;" and (4) stated that he possesses firearms. Importantly, **WIERZBICKI** is a convicted felon and therefore prohibited from possessing firearms under federal law.

3. On October 14, 2026, the FBI executed a search warrant at **WIERZBICKI's** residence, a home on 100 block of E. 3rd Street, Historic New Castle, Delaware. During the search warrant, the FBI recovered three firearms: (1) JC Higgins 12 gauge shotgun Serial Number: 583.55; (2) a Marlin, model 60, .22 caliber long rifle Serial Number: 14508324; and (3) a Remington Sport Master, model 512-X, .22 caliber, bolt action rifle with an ID # RN49 and no discernible serial number. During a post-*Miranda* interview, **WIERZBICKI** admitted to being a felon and possessing the three firearms.

## AGENT BACKGROUND

4. I am a Special Agent with the Federal Bureau of Investigation and have been since April 2023. I am currently assigned to the Baltimore Joint Terrorism Task Force and the Delaware Joint Terrorism Task Force. During my tenure with the FBI, I have gained experience investigating federal criminal violations including international and domestic terrorism and firearm violations.

5. I was previously assigned to the Healthcare Fraud Task Force in Newark, New Jersey, where I was responsible for investigating violations of federal law, including those concerning fraud and related activity. I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of search and seizures, computer evidence identification, computer evidence seizures and processing, social media analysis, and various other criminal laws and procedures.

6. The facts in this affidavit come from my own personal observations, training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. I have not, however, knowingly withheld any fact necessary to a determination of probable cause.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that sufficient probable cause for a criminal complaint and does not set forth all of my knowledge about this matter.

8. Based on the facts set forth in this affidavit, there is probable cause to believe that the **TARGET OFFENSE** have been committed by **WIERZBICKI**.

## PROBABLE CAUSE

9. The United States, including the Federal Bureau of Investigation, is conducting a criminal investigation of **GREGORY WIERZBICKI** regarding possible violations of 18 U.S.C. § 922(g)(1) — Possession of a Firearm by Person Prohibited, the **TARGET OFFENSE**.

10. As part of the FBI's investigation, your affiant learned that **WIERZBICKI** used online social media accounts to express violent, anti-federal law enforcement and anti-government views. Specifically, **WIERZBICKI** (1) threatened to kill or assault Supreme Court Justices and DHS-ICE police officers; (2) called for and encouraged violence against federal officials; (3) solicited and attempted to organize an armed "militia;" and (4) stated that he possesses firearms. Importantly, **WIERZBICKI** is a convicted felon and therefore prohibited from possessing firearms under federal law.

11. As a result, the FBI sought and executed search warrants on the following social media accounts connected to **WIERZBICKI** ("the **TARGET ACCOUNTS**"):

a. gregwierzbicki81@gmail.com ("**WIERZBICKI GOOGLE-1**");
b. rvnomad60@gmail.com ("**WIERZBICKI GOOGLE-2**");
c. gregwierzbicki51@gmail.com ("**WIERZBICKI GOOGLE-3**");
d. Substack username "@96dyna" and User ID 302544621 ("**WIERZBICKI SUBSTACK-1**");
e. BlueSky Account, "96dyna.bsky.social" with BlueSky DID did:plc:6gl5mxh52ygaybhpyoaoyd22, ("**WIERZBICKI BLUESKY-1**");

12. A review of the evidence from the **TARGET ACCOUNTS** and a review of **WIERZBICKI**'s social media accounts shows that he continues to express violent, anti-federal law enforcement and anti-government views.

13. Between at least June 2025 through the present, **WIERZBICKI**, via the **TARGET ACCOUNTS**, routinely called for the killing or assault of federal officials, which includes Supreme Court Justices and ICE agents. The messages below were captured and retained as evidence. Some of those calls for violence are as follows:

14. On June 28, 2025, via 96dyna.bsky.social ("**WIERZBICKI BLUESKY-1**"), **WIERZBICKI** posted that he wished to surveil the Supreme Court Justices to learn "their routes" and give them a "little scare:"


96Dyna@bluesky.social
@96dyna.bsky.social
+ Follow

Maybe we should start learning their routes 2 & from SCOTUS. Maybe give them a little scare & let them know they're not untouchable.I can't say what I want 2 say or I'll be suspended again. That's why we need millions of pissed off Americans peacefully in DC while they're all in session! Scare them!

15. On June 17, 2026, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** stated his desire to use a guillotine on United States officials:


96Dyna@bluesky.social
@96dyna.bsky.social
+ Follow

Where's our Guillotine! Let's get one!

Nita Cosby @5-2blue.bsky.social · 5d
Just noting: Louis XVI was the last king to occupy the Palace of Versailles. He was executed by guillotine on Jan 21, 1793. After being convicted of high treason by the newly formed National Convention, the former monarch was beheaded in front of a massive public crowd.

9:36 PM · Jun 17, 2026 Everybody can reply

16. On June 22, 2026, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** stated, "They're lawless authoritarian thugs & they expect us 2 stand the fuck back & do nothing! This will continue 2 get worse if we don't start killing them." The post was accompanied by a photo with the phrase "BAGGED ICE" and a body bag. Further, the photo states "the only good fascist is a bagged fascist."

17. On June 22, 2026, via Substack username "@96dyna" and User ID 302544621 ("**WIERZBICKI SUBSTACK-1**"), **WIERZBICKI** posted to Substack asking when people will start killing ICE agents:




18. Between at least November 2025 through the present, **WIERZBICKI**, via the **TARGET ACCOUNTS**, urged others to take up arms against federal officials, including to form a militia to fight back against the government. The

messages below were captured and retained as evidence. Some of those calls for violence are as follows:

19. On May 16, 2026, via **WIERZBICKI SUBSTACK-1**, **WIERZBICKI** stated, "We'll be there with our own constitutionally protected militia!... Ice has no clue what's coming for a counter assault if that's what's needed. We won't fire the first shot but if needed we'll finish it… Civil War will begin once again." A photo of the post:




20. On July 4, 2026, via **WIERZBICKI SUBSTACK-1**, **WIERZBICKI** stated:




21. Based on the above messages calling for a militia by **WIERZBICKI**, your affiant's training and experience, and **WIERZBICKI**'s admission to illegally possessing firearms, as detailed below, there is probable cause to believe that taken together **WIERZBICKI** committed the **TARGET OFFENSE**.

22. Between at least April 2025 through the present, **WIERZBICKI**, via the **TARGET ACCOUNTS**, posted describing his access, possession, and dominion and control over firearms, despite being a felon prohibited from possessing firearms. Some of those posts related to firearm possession are as follows:

23. On April 14, 2025, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** stated, "We have guns 2 & damn sure know how 2 use them. My pop trained me from 8 yrs old on how 2 kill a moving target with one shot. We're ready 2 Go!" A photo of the post:




24. On November 11, 2025, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** again admitted to possessing firearms and intending to take "head shots" at federal officials with "rifle[s]:"


96Dyna@bluesky.social
@96dyna.bsky.social
+ Follow
Head shots with a long rifle..22 is sufficient. We'd be crazy 2B out in the open against military grade machine guns.We have 30.06 & .270s with 180 grain bullets. Nobody said war is,easy but were fighting against r government who's absolutely out of control . United we stand! Divided we fall!

25. On August 8, 2025, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** wrote in a private message to a follower, "I've been buying every bullet I can get my hands on. I've got 2 semi automatic. 222s & one 3" magnum shotgun with the plug removed which gives me 5 1 ounce slugs. Not sure I could carry all the bullets i have and still be able to move fast. So I'll need a fortified position as my pop taught me not to miss."

26. On January 9, 2026, via **WIERZBICKI BLUESKY-1**, **WIERZBICKI** stated, "I know U know we're getting 2 that point where I'm absolutely wanted 2 load my Guns & go full bore @ them."


96Dyna@bluesky.social
@96dyna.bsky.social
+ Follow
I always post pics. with my posts as pics. explain far more than what 300 characters can explain ! We need 2 start somewhere & I believe this is a good place 2 start W/O Firing a shot because I know U know we're getting 2 that point where I'm absolutely wanting 2 load my Guns & go full bore @ them

27. On February 21, 2026, via **WIERZBICKI SUBSTACK-1**, **WIERZBICKI** wrote in a private message to a follower, "I'm stocked up on long rifle.22s One gun is semi automatic 18 shot clip. The other is a bolt action also 18 shots. One shotgun with the plug removed gives me 5 pumpkin balls 1oz. Of lead inside of 3" magnum shells & I've got boxes full of them. Half buckshot. Half pumpkin

balls. I've been shooting since I was 8 yrs old & rarely miss even with something as fast as a rabbit[.]"

28. Most recently, on September 17, 2026, via a public post on **WIERZBICKI BLUESKY-1**, **WIERZBICKI**, again, indicated that he possessed firearms, stating, "I'm loaded for bear but I need something with a bigger longer clip I'll be in touch!"

29. Delaware state records show **WIERZBICKI** had a conviction for third degree burglary. **WIERZBICKI** was arrested August 27, 2005, and sentenced on April 4, 2006. The burglary was considered a Grade F Felony, which makes it illegal for **WIERZBICKI** to own or possess a firearm in the state of Delaware or federally.

## Search Warrant Execution

30. On October 14, 2026, the FBI executed a search warrant at **WIERZBICKI's** residence, a home on 100 block of E. 3rd Street, Historic New Castle, Delaware. During the search warrant, the FBI recovered three firearms: (1) JC Higgins 12 gauge shotgun Serial Number: 583.55; (2) a Marlin, model 60, .22 caliber long rifle Serial Number: 14508324; and (3) a Remington Sport Master, model 512-X, .22 caliber, bolt action rifle with an ID # RN49 and no discernible serial number.

31. During a post-*Miranda* interview, **WIERZBICKI** admitted to being a felon and possessing the three firearms, which were located within his home.

## CONCLUSION

32. Therefore, based on the above, I submit there is probable cause to believe the Defendant **Gregory Wierzbicki** has violated the **TARGET OFFENSE**,

**18 U.S.C. § 922(g)(1) — Possession of a Firearm by Person Prohibited.**

Therefore, I respectfully request that the court issue a Criminal Complaint charging **Gregory Wierzbicki** with the **TARGET OFFENSE.**

Respectfully submitted,

*/s/Brian Shulman*
Special Agent Brian Shulman
Federal Bureau of Investigation

Subscribed and sworn to me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 on this 14th day of October, 2026

Christopher J. Burke
HONORABLE CHRISTOPHER J. BURKE
UNITED STATES MAGISTRATE JUDGE