# DEFENDANT INFORMATION SHEET

26-539M

**TO:** Clerk, U.S. District Court [X] Felony [ ] Class A Misdemeanor

**DEFENDANT:** Gregory Wierzbicki [X] Complaint [ ] Indictment [ ] Information

**DOB (Year Only)** 1960 **COUNTY OF OFFENSE:** New Castle

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTIES: |
|---|---|
| 18 U.S.C. § 922(g)(1) — Possession of a Firearm by Person Prohibited | Maximum Incarceration: 15 years<br>Maximum Fine: $250,000<br>Maximum SR: 3 y ears<br>SA: $100 |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on: at 1:00 p.m.

[X] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: at

[ ] Interpreter Needed Language

FILED
OCT 14 2026
US DISTRICT COURT
DISTRICT OF DELAWARE

## DEFENDANT INFORMATION

Defendant's Address:

City: Historic New Castle County: New Castle State: DE Zip: 19720

Date of Arrest: Date of 1st Appearance in this District

Bail Set: Date Made: Remains in Federal Custody [ ]

By: */s/Kevin P. Pierce*
Kevin P. Pierce
Assistant United States Attorney