**U.S. Department of Justice**
*United States Attorney's Office*
*District of Delaware*

*Hercules Building*
*1313 North Market Street*
*P.O. Box 2046*
*Wilmington, Delaware 19801*

October 23, 2026

**BY CM/ECF**

Honorable Christopher J. Burke
Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**Re: *United States v. Gregory Wierzbicki,* Criminal Action No. 1:26-mj-00539-UNA, October 26, 2026 Continuation of Detention Hearing**

Dear Judge Burke:

Previously, Defendant, Gregory Wierzbicki, appeared for an October 19, 2026 detention hearing. At the conclusion of the hearing, the Court requested that the government provide additional information as to the forensic examination of Defendant's cellular device. See D.I. 10. The government does so now.

The government conferred with the FBI special agent assigned to review the Defendant's cellular device. The agent reported that both the manual and forensic examinations revealed no evidence of planning, plotting, or any specific plans to take action. In other words, Mr. Wierzbicki's threats existed solely online.

Respectfully submitted,

Benjamin L. Wallace
United States Attorney

By: */s/ Kevin P. Pierce*
Kevin P. Pierce
Assistant United States Attorney