**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 26-MJ-539-UNA |
| | ) | |
| GREGORY WIERZBICKI | ) | |
| | ) | |
| Defendant | ) | |

**UNOPPOSED MOTION TO EXTEND INDICTMENT DEADLINE**

The United States of America hereby submits the following:

1. On October 14, 2026, the Honorable Christopher J. Burke authorized a Criminal Complaint, which charged the Defendant with one count of Prohibited Person in Possession of a Firearm, 18 U.S.C. § 922(g)(1). D.I. 1.

2. Defendant had his initial appearance that same day and the government moved for detention pending trial. See D.I. 2. Defendant was temporarily detained on that same day. D.I. 5. Further, the Court scheduled a detention hearing for October 19, 2026. *Id.*

3. After briefing, see D.I. 7 and 8, the Court conducted a detention hearing on October 19, 2026. At the conclusion of the hearing, the Court requested further information from the parties and continued the hearing until October 26, 2026. See D.I. 10.

4. On October 26, 2026, the Court concluded the detention hearing and released Defendant upon a series of conditions. See D.I. 12. Defendant also waived his preliminary hearing. See D.I. 11.

5. The parties are discussing a non-trial resolution to the charges and

thus the government requests a 60-day extension of the indictment deadline. The government submits that the ends of justice will be served by granting the government 60 days in which to obtain an indictment against the defendant, as doing so will permit the parties additional time to consider a non-trial disposition and utilize resources efficiently. *See* 18 U.S.C. § 3161(h)(7)(A).

6. The government is currently required to seek an indictment on or before November 26, 2026, and respectfully requests that the Court extend the indictment deadline 60 days beyond the current indictment deadline, to January 26, 2027, for the above-stated reason.

7. Counsel for Defendant, David L. Pugh, Esq., does not oppose this motion.

Respectfully submitted,

Benjamin L. Wallace
United States Attorney

By: */s/Kevin P. Pierce*
Kevin Pierce
Assistant United States Attorneys

Dated: November 13, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 26-MJ-539-UNA |
| | ) | |
| GREGORY WIERZBICKI | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

**AND NOW**, this ____ day of November 2026, per the Unopposed Motion to Extend the Indictment Deadline, IT IS HEREBY ORDERED that the Government must indict the defendant on or before January 26, 2027. The Court finds that the ends of justice will be served by permitting the parties additional time to consider a non-trial disposition and would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT:

______________________________
Honorable Sherry R. Fallon
United States Magistrate Judge